# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHARLES H. BOLDEN, <br> *Plaintiff,* <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> *Defendant.* | CIVIL ACTION NO. 3:12-cv-00048 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

      I referred this case to United States Magistrate B. Waugh Crigler for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and the magistrate judge subsequently filed a Report and Recommendation (the "Report") recommending that the Commissioner's motion for summary judgment be denied; that Plaintiff's motion for summary judgment be granted in part; and that the matter be remanded to the Commissioner for further proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I ADOPT the Report (docket no. 18) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 14) is DENIED; Plaintiff's motion for summary judgment (docket no. 12) is GRANTED IN PART; and this matter is REMANDED to the Commissioner with instructions as set forth in detail in the Report. This action is hereby DISMISSED from the court's active docket.

      The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate B. Waugh Crigler.

      It is so ORDERED.

ENTERED this ___9th___ day of July, 2013.

                                                          /s/ Norman K. Moon
                                                          NORMAN K. MOON
                                                          UNITED STATES DISTRICT JUDGE